```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  S. ROBERT TICE-RASKIN
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2700

 5

 6

 7

 8                IN THE UNITED STATES DISTRICT COURT

 9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10
    UNITED STATES OF AMERICA,     )   2:02-CR-297 GEB
11                                )
                  Plaintiff,      )   MOTION TO DISMISS INDICTMENT
12                                )   AND [PROPOSED] ORDER
              v.                  )
13                                )
    ALFRIEDA MURPHY,              )
14    aka ALFRIEDA SEALIE,        )
                                  )
15                Defendant.      )
                                  )
16

17                            **MOTION**

18      Pursuant to Rule 48(a) of the Federal Rules of Criminal

19  Procedure, plaintiff United States of America, by and through its

20  undersigned attorney, hereby moves this Honorable Court for an Order

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

                                    1
```

dismissing the Indictment against Defendant.

DATED: February 22, 2013　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　By: /s/ S. Robert Tice-Raskin
　　　　　　　　　　　　　　　　　　　S. ROBERT TICE-RASKIN
　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

Dated:　March 11, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge